## JENNESS *v.* CITIZENS' NATIONAL BANK OF ROME.

IN ERROR TO THE CIRCUIT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.

Submitted December 20th, 1883.—Decided January 7th, 1884.

*Appeal—Jurisdiction:*

When a judgment below is for an amount sufficient to give jurisdiction above, but it appears affirmatively on the record that after deducting from it an amount not in contest below, there remains less than the jurisdictional sum, this court has no jurisdiction.

*Mr. W. B. Williams* for the plaintiff in error.

Mr. CHIEF JUSTICE WAITE delivered the opinion of the court.

The judgment in this case is for $7,275.16, but it appears

affirmatively on the face of the record that of this amount $2,669.03 was not disputed below. The defence related alone to the difference between these two amounts, which is less than $5,000. The dispute here is only in reference to the amount contested below. Such being the case, we have no jurisdiction. The cases of *Gray* v. *Blanchard,* 97 U. S. 564; *Tintsman* v. *National Bank,* 100 U. S. 6; and *Hilton* v. *Dickinson,* 108 U. S. 165, are conclusive to this effect.

*Dismissed.*